## C. W. KLEADEN v. C. T. REYNOLDS & Co.

(No. 983, Op. Book No. 2, p. 310.)

ERROR from Washington County.  Opinion by HURT, J.

§ 773. *Return of service of citation held sufficient.* There was judgment by default. The return of the sheriff upon the citation was as follows: "Came to hand on the 4th day of August, 1877, and executed on the same day by delivering to the within named, C. W. Kleaden, a true copy of this writ." It was objected to this return that it did not show that service was made upon "the defendant in person." *Held,* the process commanded service to be made upon C. W. Kleaden; the sheriff, in his return, says that he delivered a true copy of the writ to the C. W. Kleaden named therein. The objection to the return is not well taken.

January 26, 1881.    Affirmed.